1  Thiago Coelho, SBN 324715
2  thiago@wilshirelawfirm.com
   **WILSHIRE LAW FIRM**
3  3055 Wilshire Blvd., 12th Floor
   Los Angeles, California 90010
4  Telephone: (213) 381-9988
5  Facsimile: (213) 381-9989

6
   *Attorney for Plaintiff and Proposed Class*
7

8                    **UNITED STATES DISTRICT COURT**
9
10                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| RICHARD PAUL MERRELL, individually and on behalf all others similarly situated, | CASE NO.: 5:20-cv-02516-FLA-SP |
| Plaintiff, | Hon. Judge Fernando L. Aenlle-Rocha Courtroom 6B, 6th floor |
| v. | |
| SAGEWATER SPA AND RESORT, LLC, a California limited liability company; and DOES 1 to 10, inclusive, | **NOTICE OF DISMISSAL** |
| Defendants. | Complaint filed: December 3, 2020 Trial date: None |

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Richard Paul Merrell ("Plaintiff"), by and through his undersigned counsel hereby voluntarily dismiss all claims and causes of action asserted individually with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

Dated: July 8, 2021           Respectfully Submitted,

*/s/ Thiago Coelho* _____
Thiago Coelho
**WILSHIRE LAW FIRM**
*Attorney for Plaintiff and Proposed Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 8, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: July 8, 2021     */s/ Thiago M. Coelho*
     Thiago M. Coelho